G & B COMSTOCK PARTNERSHIP, A COLORADO PARTNERSHIP, APPELLEE, v. VERNON E. LUFT ET AL., APPELLANTS.

332 N.W.2d 705

Filed April 21, 1983. No. 82-360.

Philip T. Morgan of Morgan & Morgan, for appellants.

Steven M. Curry of Sampson, Curry & Hummel, for appellee.

KRIVOSHA, C.J., WHITE, CAPORALE, and SHANAHAN, JJ., and EMPSON, D.J.

PER CURIAM.

The court, having reviewed the record in this case,

finds that the errors assigned by appellants are without merit. Having therefore considered the assignments and the record, the court affirms the decision of the trial court.

AFFIRMED.